# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01975-DME

HANA VON JAROLIM,

    Petitioner,

v.

MIKE GEORGE VON JAROLIM,

    Respondent.

## ORDER

    This matter comes before the Court on Petitioner Hana von Jarolim's Motion to Permit Her Testimony By Contemporaneous Transmission (Doc. No. 5).  The Motion is GRANTED.  Petition Hana von Jarolim may appear and testify by telephone at the Show Cause Hearing on  Thursday, August, 18, 2011, at 9:00 a.m.  Counsel for Ms. von Jarolim is responsible for contacting the Clerk of the Court to facilitate Ms. Von Jarolim's telephonic appearance.

    Dated this __11th__ day of _____August_____, 2011.

                                BY THE COURT:

                                *s/ David M. Ebel*
                                U. S. CIRCUIT COURT JUDGE