**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01975-DME

HANA VON JAROLIM,

    Petitioner,

v.

MIKE GEORGE VON JAROLIM,

    Respondent.

**ORDER**

    This matter comes before the Court on Petitioner Hana Von Jarolim's "Motion to Cancel" the show cause hearing currently set for Thursday, August 18, 2011, at 9:00 a.m. (Doc. 10.) The Court GRANTS this motion and VACATES the August 18 hearing. Petitioner shall, within two weeks from the date of this order, either file with the Court a motion to dismiss or contact the Court to reschedule this hearing. If Petitioner files a motion to dismiss, she should indicate whether she has conferred with Respondent about that motion and, if so, whether or not Respondent objects to dismissal.

    Dated this __17th__ day of _____August_____, 2011.

                          BY THE COURT:

                          */s/ David M. Ebel*

                        U. S. CIRCUIT COURT JUDGE