IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01975-DME

HANA VON JAROLIM,

      Plaintiff,

v.

MIKE GEORGE VON JAROLIM,

      Defendant.

---

## ORDER OF DISMISSAL

THIS MATTER comes before the Court upon the Petitioner's Notice of Dismissal Without Prejudice (Doc. No. 12).

IT IS THEREFORE ORDERED THAT that this civil action is dismissed without prejudice.  Each party shall pay its own costs and attorneys' fees.

Dated:   <u>August 30, 2011</u>

BY THE COURT:

*s/ David M. Ebel*

_____
UNITED STATES CIRCUIT JUDGE